UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Doyle Ray Ham, Jr

2630 Evarts street N.E.

Washington D.C. 20018

202-997-1773

VS.

Case: 1:16-cv-01720   (H-Deck)
Assigned To : Huvelle, Ellen S.
Assign. Date : 8/24/2016
Description: Employ Discrim.   Jury Demand

District of Columbia

441 4th Street N.W.

Suite 630 Main

Washington, D.C. 20001

COMPLAINT

1. This case arises from and is exactly identical in nature and connected to case No. 13-CV-01527 (ESH) filed on August 30, 2013 under Title VII racial discrimination/failure to hire, which again this case is being filed again under Title VII racial discrimination/failure to hire and Retaliation. See 1a,b,c,d.

2. On April 4th 2015 I received an email from Catherine (Katy) Wells in response to email sent to Mayor Bowser's office stating that I need to have my court record expunged or sealed to move forward in the hiring process. See 2a, b,c,d,e,f,g.

RECEIVED
AUG 2 4 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

3. April 9th 2015 completed online Application with minimum qualifications for police officer (mpd). See 3a,b,c,d,e,f,g,h,i.

4. Completed my (phs) Personal History Statement on June 24, 2015. See 4a,b.

5. July 23rd 2015 went to Mass Application Processing Day. See 5a,b,c,d,e,f.

6. July 27, 2015 I passed my Written Test and was assigned Investigator Connie Ross who was only concerned about 2 unpaid traffic tickets over 30 years old and that was all she questioned me about for about 20 minutes. See 6a,b,c,d.

7. August 10, 2015 had email giving me my polygraph exam date which was August 28, 2015 @ 10:30am. See 7a,b.

8. August 11, 2015 received polygraph cancellation notice, I then called my assigned Investigator Connie Ross who states to me she doesn't know anything about it and it is probably just because we have a new contractor administering the test. See 8a.

9. August 12, 2015 received notice for medical Physical evaluation for pre-employment for August 21, 2015 @ 5:30pm. See 9a,b.

10. August 14, 2015 I received stating I am ineligible for the position due to criminal activity even though I have not been convicted or plead guilty to any crime. See 10a.

11. August 21, 2015 received notice canceling my Medical appointment for that evening of August 21, 2015. See 11a.

12. September 18, 2015 I received email about my appeal decision from August 21, disqualification stating that they can only select those that are deemed best qualified but yet the guidelines for minimum requirements does not state a category of who to select rather they state the minimum requirements needed to qualify. See 12a,b,c.

13. I filed complaint with EEOC on May 27 2016 #570-2016-01481. See 13a,b,c,d,e,f.

14. I respectfully ask this court to reopen case No. 13-CV-01527 (ESH) as it is identical and connected to this case being filed before this court now but more importantly I was denied due process in this case which at issue, was this case filed timely with EEOC and for clarity when did my time start and end to file timely complaint with EEOC, In accordance with District Personnel Manual Section 873.15 a candidate who are disqualified on the basis of ...the background investigation may appeal to the Chief of Police or his or her designee WHOSE decision shall be final, Around September 2008 I was allowed again to take entry level exam for police officer and passed the test again but denied once again for criminal activity but again I have no convictions nor have I plead guilty to any crime, The Applicant Suitability board denied me again on December 31 2008, I showed them again the criteria they were judging me by was a clear violation of my rights so my case was reopen on January 27 2009 by the same department who wrongly denied me three times which was the suitability board, But on March 11 2009 I was denied again by the recruiting Branch which in accordance with District Personnel Manual Section 873.12 pursuant to authority delegated by the Chief of Police which in this case was not given to them which means they are not my final agency action and my EEOC time should not have started until after I received my appeal reply from the Chief of police which I did not get until July 17 2009 at this time is when my EEOC time and date should have started for timely filing complaint with EEOC but when The Chief of Police did reply she based it on Commander Jennifer Greene decision from May 28 2008 whom she did delegate authority to hear my appeal in May 2008 not March 2009 when I was allowed to retake test for entry level police officer which now starts a new time for filing e.e.o.c. complaint as timely. See 14a,b,c,d,e,f,g,h,I,j.

15. I respectfully ask for a Jury Trial.

PRAYER FOR RELIEF

1. Award Judgement in the amount of $100,000,000.00 for Defendants intentional gross misconduct, violations and actions as well as emotional & financial stress /burden on me and my family since 2002 when I first applied to be metropolitan police Officer.

2. Grant such other and further relief as this Court deems proper and appropriate under the circumstances.

*Doyle B. Ham*

Doyle Ray Ham, Jr

2630 Evarts Street N.E.

August 22, 2016

Washington D.C. 20018